# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CRAIG AUCOIN

VERSUS

CURRIE LECOMPTE GUIDRY

NO.  2022 CW 1083

**JANUARY 17, 2023**

---

In Re:   Craig Aucoin, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 155997.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

WRC
CHH

   **Theriot, J.,** would not consider the writ as untimely. Relator, Craig Aucoin, failed to file his writ application, or obtain an extension of the return date, within 30 days from the date of notice of the trial court's July 22, 2022 written judgment, as required by Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT